UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-24217-CV-WILLIAMS

ALYSE STONE, *et al.*,

    Plaintiffs,

v.

NCL (BAHAMAS) LTD.,

    Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Lisette M. Reid's Report and Recommendation (DE 22) ("***Report***") on Defendant NCL (Bahamas) Ltd.'s Motion to Dismiss Plaintiffs' Complaint for Failure to State a Cause of Action (DE 7) ("***Motion***").[1] In the Report, Magistrate Judge Reid recommends that the Court deny Defendant's Motion. (DE 22 at 1.) Specifically, Judge Reid finds that Plaintiffs state a claim in accordance with the applicable pleading standards. (*Id.* at 16.) No Party filed objections to the Report and the time to do so has passed. Having carefully reviewed the Report, the record, and applicable law, the Court agrees with Judge Reid's well-reasoned analysis and conclusion that Defendant's Motion be denied. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report (DE 22) is **AFFIRMED AND ADOPTED.**

---

[1] On March 21, 2023, the Court referred Defendant's Motion to Judge Reid for a report and recommendation. (DE 8.)

2. Defendant's Motion (DE 7) is **DENIED**.

3. Defendant shall file its answer to the Complaint within **fourteen (14) days** of the date of this Order. *See* Fed. R. Civ. P. 12.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>12th</u> day of December, 2023.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE